UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
005272008
Attorney for Debtor(s)

Order Filed on March 20, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Ameen Sabree,

Debtor

| | |
|---|---|
| Case No.: | 17-10242 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | JNP |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: March 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having heard the motion filed by ___attorney for debtor___, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of $1,890.08 will be forwarded to Ameen Sabree C/O Brenner, Spiller and Archer at the following address:

175 Richey Avenue, Collingswood NJ 08107

ORDERED that the motion is GRANTED and the amount of $500 will be forwarded to Brenner, Spiller and Archer for the cost of this motion at the following address:

175 Richey Avenue, Collingswood NJ 08107